

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00507-CV

**IN RE RYDER INTEGRATED LOGISTICS, INC.** and Ryder Integrated Logistics of Texas, LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

Delivered and Filed:  August 17, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On August 8, 2016 Relators filed a petition for writ of mandamus and emergency motion to stay. The court has considered the petition for writ of mandamus and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-03779, styled *Denise Molina and George Duzane, Co-Conservators of Rafael "Ralph" Molina, and Rafael "Ralph" Molina v. Ryder Integrated Logistics, Inc., Ryder Integrated Logistics of Texas, LLC and Ernesto Solis, Lucila Solis, Sonia Martin Solis, Elija Angel Solis, and Roberto Solis, Jr., Legal Heirs of the Estate of Roberto Solis, Sr.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.